

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00452-CV

Moises **OLIVEROS** d/b/a South West Motor Co.,
Appellants

v.

Julieta **RUIZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV00647
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due on November 14, 2022. Neither the brief nor a motion for extension of time has been filed. We ORDER Moises Oliveros d/b/a South West Motor Co. to file, on or before **January 3, 2023**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court